## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| AUTOSTORE TECHNOLOGY AS, *Plaintiff*, v. OCADO GROUP PLC; OCADO CENTRAL SERVICES LTD.; OCADO INNOVATION LTD.; OCADO OPERATING LTD.; OCADO SOLUTIONS LTD.; AND OCADO SOLUTIONS USA, INC., *Defendants*. | Case No. 2:20-cv-00494 (RAJ-LRL) |

### NOTICE OF APPEARANCE OF STEPHEN E. NOONA

Stephen E. Noona of the law firm of Kaufman & Canoles, P.C., hereby gives notice that

he will serve as co-counsel for Plaintiff, AutoStore Technology AS in this matter.

Dated: October 7, 2020                    Respectfully submitted,


                                          */s/ Stephen E. Noona*
                                          Stephen E. Noona
                                          Virginia State Bar No. 25367
                                          **Kaufman & Canoles, P.C.**
                                          150 West Main Street, Suite 2100
                                          Norfolk, VA  23510
                                          Telephone:  (757) 624-3239
                                          Facsimile:  (888) 360-9092
                                          Email:  senoona@kaufcan.com

                                          Craig C. Reilly
                                          Virginia State Bar No. 20942
                                          **The Office of Craig C. Reilly, Esq.**
                                          209 Madison Street, Suite 501
                                          Alexandria, VA  22314
                                          Telephone:  (703) 549-5354
                                          Facsimile:  (703) 549-2604
                                          Email:  craig.reilly@ccreillylaw.com

Gregg LoCascio, P.C.
Virginia State Bar No. 38908
Paul F. Brinkman, P.C.
Virginia State Bar No. 35950
Karthik Ravishankar (*pro hac vice* pending)
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
Email:  glocascio@kirkland.com
Email:  paul.brinkman@kirkland.com
Email:  karthik.ravishankar@kirkland.com

Joseph A. Loy, P.C. (*pro hac vice* pending)
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  jloy@kirkland.com

*Attorneys for Plaintiff,*
*AutoStore Technology AS*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record who have filed an appearance.

*/s/ Stephen E. Noona*

Stephen E. Noona
Virginia State Bar No. 25367
**Kaufman & Canoles, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
Email:  senoona@kaufcan.com

3

18853534v1