AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.   2:20-CV-00494-RAJ-LRL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   OCADO SOLUTIONS USA INC.

was received by me on *(date)*   10/14/2020

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ , or _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (authorized person at agent)   , who is
designated by law to accept service of process on behalf of *(name of organization)* OCADO SOLUTIONS USA INC.

C/O CORPORATION SERVICE CO. 251 LITTLE FALLS DR. WILMINGTON, DE 19808 on *(date)* 10/14/2020   AT 1:45 PM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):* _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   10/14/2020 _____         _____
                                                                            *Server's signature*

                                            KEVIN S. DUNN       PROCESS SERVER
                                            _____
                                                        *Printed name and title*

                                            BRANDYWINE PROCESS SERVERS, LTD.
                                            PO BOX 1360
                                            WILMINGTON, DE 19899
                                            302-475-2600
                                            _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS COMPLAINT WITH EXHIBITS 1-10

SWORN TO ON 10/14/2020

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| AutoStore Technology AS <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Ocado Group PLC, Ocado Central Services Ltd., <br> Ocado Innovation Ltd., Ocado Operating Ltd., Ocado <br> Solutions, Ltd., and Ocado Solutions USA Inc. <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 2:20cv494

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ocado Solutions USA Inc.
c/o Corporation Service Company, R/A
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen E. Noona, Esq.
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
(757) 624-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Digitally signed by Brian Peters
Date: 2020.10.13 12:10:19
-04'00'

Date:   10/13/2020

_____
*Signature of Clerk or Deputy Clerk*