IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| AUTOSTORE TECHNOLOGY AS,<br><br>*Plaintiff,*<br><br>vs.<br><br>OCADO GROUP PLC, OCADO CENTRAL SERVICES LTD., OCADO INNOVATION LTD., OCADO OPERATING LTD., OCADO SOLUTIONS LTD., AND OCADO SOLUTIONS USA INC.,<br><br>*Defendants*. | Civil Action No. 2:20-cv-00494-RAJ-LRL |

**JOINT MOTION TO EXTEND THE TIME FOR DEFENDANTS
TO RESPOND TO THE COMPLAINT AND MEMORANDUM IN SUPPORT**

Plaintiff AutoStore Technology AS ("AutoStore") and Defendants Ocado Group Plc, Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions Ltd., and Ocado Solutions USA Inc. ("Ocado" and, with AutoStore, the "Parties"), by and through their respective counsel, hereby jointly move the Court to extend the time for Ocado to respond to the Complaint. The specific relief sought and its justification includes the following:

1.      On October 1, 2020, AutoStore filed the Complaint in this action. (ECF No. 1.) On October 14, 2020, AutoStore served the Complaint on defendant Ocado Solutions USA, Inc. (ECF No. 11.) Thus, the deadline for Ocado Solutions USA, Inc. to respond to the Complaint currently is November 4, 2020. Counsel for Defendants Ocado Group Plc, Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., and Ocado Solutions Ltd. has agreed to accept service of the Complaint for those Parties, effective October 29, 2020, without waving any defenses (including jurisdictional defenses) other than improper service.

2.      Also on October 1, 2020, AutoStore also filed a complaint in the International Trade Commission ("ITC") under Section 337 of the Tariff Act of 1930, as amended (the "ITC Complaint"). The ITC is expected to issue a decision on whether to institute an investigation on or about November 1, 2020. The ITC Complaint contains substantially the same allegations as the Complaint in this action, and relates to the same patents and the same accused products. Under 28 U.S.C. § 1659(a), a mandatory stay of a district court proceeding is warranted where the claims "involve[] the same issues involved in [an ITC] proceeding." If the ITC institutes an investigation, Ocado intends to move to stay this action, which AutoStore will not oppose.

3.      In order to allow Ocado to file the anticipated motion for a stay of this action and to allow the Court to consider that motion, or to allow Ocado to file a response to the Complaint if an ITC investigation is not instituted, the Parties jointly request that the Court extend the deadline for Ocado to respond to the Complaint to December 14, 2020.

WHEREFORE, the parties jointly move the Court for entry of the proposed order filed herewith, thereby extending the deadline for Ocado to respond to the Complaint to December 14, 2020.

October 29, 2020                                 Respectfully submitted,

                                                AUTOSTORE TECHNOLOGY AS

                                                By: /s/ Stephen E. Noona
                                                Stephen E. Noona
                                                Virginia State Bar No. 25367
                                                Kaufman & Canoles, P.C.
                                                150 West Main Street, Suite 2100
                                                Norfolk, VA 23510
                                                Telephone: (757) 624-3239
                                                Facsimile: (888) 360-9092
                                                Email: senoona@kaufcan.com

                                                Gregg LoCascio, P.C.
                                                Virginia State Bar No. 38908

- 2 -

Paul F. Brinkman, P.C.
Virginia State Bar No. 35950
Karthik Ravishankar (*pro hac vice* pending)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue,
N.W. Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: glocascio@kirkland.com
Email: paul.brinkman@kirkland.com
Email: karthik.ravishankar@kirkland.com

Joseph A. Loy, P.C. (*pro hac vice* pending)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jloy@kirkland.com

*Attorneys for Plaintiff Autostore Technology AS*

OCADO GROUP PLC, OCADO CENTRAL
SERVICES LTD., OCADO INNOVATION LTD.,
OCADO OPERATING LTD., OCADO
SOLUTIONS LTD., AND OCADO SOLUTIONS
USA INC.

By:*/s/  Robert M. Tata*
Robert M. Tata
Virginia State Bar No. 30101
Hunton Andrews Kurth LLP
500 East Main Street, Suite 1301
Norfolk, VA 23510
Telephone: (757) 640-5328
Facsimile: (757) 625-7720
Email: btata@HuntonAK.com

*Attorneys for Defendants Ocado Group Plc, Ocado
Central Services Ltd., Ocado Innovation Ltd.,
Ocado Operating Ltd., Ocado Solutions Ltd., and
Ocado Solutions USA Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 29th day of October, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: /s/ Robert M. Tata
Robert M. Tata
Virginia State Bar No. 30101
Hunton Andrews Kurth LLP
500 East Main Street, Suite 1301
Norfolk, VA 23510
Telephone: (757) 640-5328
Facsimile: (757) 625-7720
Email: btata@HuntonAK.com

- 4 -