**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| AUTOSTORE TECHNOLOGY AS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:20-cv-00494-RAJ-LRL |
| OCADO GROUP PLC, OCADO CENTRAL | ) | |
| SERVICES LTD., OCADO INNOVATION | ) | **JURY TRIAL DEMANDED** |
| LTD., OCADO OPERATING LTD., OCADO | ) | |
| SOLUTIONS LTD., and OCADO | ) | |
| SOLUTIONS USA INC., | ) | |
| | ) | |
| Defendants. | ) | |

## OCADO'S UNOPPOSED MOTION TO STAY AUTOSTORE TECHNOLOGY AS'S CLAIMS PURSUANT TO 28 U.S.C. § 1659

Defendants Ocado Group plc, Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions Ltd., and Ocado Solutions USA Inc. ("Ocado") hereby move this Court to stay this action pursuant to 28 U.S.C. § 1659 pending the final resolution of proceedings between the parties in the U.S. International Trade Commission in *In the Matter of Certain Automated Storage and Retrieval Systems, Robots, and Components Thereof*, Inv. No. 337-TA-1228.

Pursuant to Local Rule 7(e) and (j), the undersigned counsel certifies that counsel for the parties conferred, and Ocado submits this motion unopposed. The parties hereby waive oral argument for this motion.

For the reasons set forth more fully in the Memorandum in Support of this Motion, Ocado respectfully requests that the Court grant this motion. A proposed order for the Court's consideration accompanies this motion.

Dated: November 9, 2020

Respectfully submitted,

By:  */s/ Robert M. Tata*
Robert M. Tata (VSB No. 30101)
**HUNTON ANDREWS KURTH LLP**
500 E. Main Street, Suite 1301
Norfolk, VA  23510
Phone:   (757) 640-5328
Facsimile:  (757) 625-7720
btata@HuntonAK.com

*Counsel for Defendants Ocado Group plc,*
*Ocado Central Services Ltd., Ocado*
*Innovation Ltd., Ocado Operating Ltd., Ocado*
*Solutions Ltd., and Ocado Solutions USA Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of the same to all counsel of record:

Stephen E. Noona (VSB No. 25367)
**Kaufman & Canoles, P.C.**
150 W Main St, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
Email: senoona@kaufcan.com

Gregg LoCascio, P.C. (VSB No. 38908)
Paul F. Brinkman, P.C. (VSB No. 35950)
Karthik Ravishankar (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: glocascio@kirkland.com
Email: paul.brinkman@kirkland.com
Email: karthik.ravishankar@kirkland.com

Joseph A. Loy, P.C. (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jloy@kirkland.com

*Attorneys for Plaintiff,*
*AutoStore Technology AS*

/s/ Robert M. Tata
Robert M. Tata (VSB No. 30101)
**HUNTON ANDREWS KURTH LLP**
500 E. Main Street, Suite 1301
Norfolk, VA  23510
Phone:  (757) 640-5328
Facsimile:  (757) 625-7720
btata@HuntonAK.com

*Counsel for Defendants*

3