## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | |
|---|---|
| AUTOSTORE TECHNOLOGY AS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:20-cv-00494-RAJ-LRL |
| OCADO GROUP PLC, OCADO CENTRAL | ) |
| SERVICES LTD., OCADO INNOVATION | ) **JURY TRIAL DEMANDED** |
| LTD., OCADO OPERATING LTD., OCADO | ) |
| SOLUTIONS LTD., and OCADO | ) |
| SOLUTIONS USA INC., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO STAY AUTOSTORE TECHNOLOGY AS'S CLAIMS PURSUANT TO 28 U.S.C. § 1659**

Defendants Ocado Group plc, Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions Ltd., and Ocado Solutions USA Inc. ("Ocado") hereby move this Court to stay this action ("Action") pursuant to 28 U.S.C. § 1659 pending the final resolution of proceedings between the parties in the U.S. International Trade Commission ("ITC"), captioned *In the Matter of Certain Automated Storage and Retrieval Systems, Robots, and Components Thereof*, Inv. No. 337-TA-1228.

28 U.S.C. § 1659(a) provides that, upon timely request of the respondent in an ITC investigation, a district court "shall stay, until the determination of the [ITC] becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the [ITC] . . . ." *See also In re Princo Corp.*, 478 F.3d 1345, 1356 (Fed. Cir. 2007) (section 1659 "requires" stay of district court proceedings); *Fuji Photo Film Co., Ltd. v. Benun*, 463 F.3d 1252, 1256 (Fed. Cir. 2006) ("district court must await a final decision from the Commission before proceeding with its action"); *Flexsys Americas, LP v. Kumho Tire,*

*U.S.A., Inc.*, No. 5:05-cv-156, 2005 WL 1126750, at *1-2 (N.D. Ohio Apr. 29, 2005) (court

stayed action "[b]ased on the mandatory nature of" § 1659). A request is timely if it is filed "(1)

30 days after the party is named as a respondent in the proceeding before the Commission, or (2)

30 days after the district court action is filed, whichever is later." 28 U.S.C. § 1659(a).

Ocado's request for a stay meets the requirements of 28 U.S.C. § 1659(a). The parties

(AutoStore Technology AS and Ocado); the asserted patents (United States Patent Nos.

10,093,525, 10,294,025, 10,474,140, 10,494,239, and 10,696,478); and the allegations of

infringement are the same both in the ITC investigation and in this civil action. This case will

therefore involve the same issues addressed in the ITC investigation. Ocado's request is also

timely. On October 1, 2020, Plaintiff filed a Complaint at the ITC requesting that it institute an

investigation pursuant to Section 337 of the Tariff Act of 1930 as amended, 19 U.S.C. § 1337.

On November 2, 2020, the ITC instituted the requested investigation as ITC Investigation No.

337-TA-1228. Ocado has thus filed this Motion within 30 days of the institution of the ITC

investigation. A copy of the ITC Complaint is attached as Exhibit A, and the Notice of

Investigation is attached as Exhibit B.

For the foregoing reasons, Ocado respectfully requests that that the Court stay the claims

in this case until the ITC's determination becomes final.

Dated: November 9, 2020

Respectfully submitted,

BY: */s/ Robert M. Tata*

Robert M. Tata (VSB No. 30101)
**HUNTON ANDREWS KURTH LLP**
500 E. Main Street, Suite 1301
Norfolk, VA  23510
Phone:   (757) 640-5328
Facsimile:  (757) 625-7720
btata@HuntonAK.com

*Counsel for Defendants Ocado Group plc,*
*Ocado Central Services Ltd., Ocado*
*Innovation Ltd., Ocado Operating Ltd., Ocado*
*Solutions Ltd., and Ocado Solutions USA Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of the same to all counsel of record:

Stephen E. Noona (VSB No. 25367)
**Kaufman & Canoles, P.C.**
150 W Main St, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
Email: senoona@kaufcan.com

Gregg LoCascio, P.C. (VSB No. 38908)
Paul F. Brinkman, P.C. (VSB No. 35950)
Karthik Ravishankar (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: glocascio@kirkland.com
Email: paul.brinkman@kirkland.com
Email: karthik.ravishankar@kirkland.com

Joseph A. Loy, P.C. (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jloy@kirkland.com

*Attorneys for Plaintiff,*
*AutoStore Technology AS*

/s/ Robert M. Tata
Robert M. Tata (VSB No. 30101)
**HUNTON ANDREWS KURTH LLP**
500 E. Main Street, Suite 1301
Norfolk, VA  23510
Phone:  (757) 640-5328
Facsimile:  (757) 625-7720
btata@HuntonAK.com

*Counsel for Defendants*

4