

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

AUTOSTORE TECHNOLOGY AS,

        Plaintiff,

v.                                             CIVIL ACTION NO.  2:20:-cv-494

OCADO GROUP PLC, OCADO CENTRAL
SERVICES LTD., OCADO INNOVATION
LTD., OCADO OPERATING LTD., OCADO
SOLUTIONS LTD., and OCADO
SOLUTIONS USA INC.,

        Defendants.

### *ORDER*

This matter is before the Court on the Unopposed Motion to Stay Plaintiff's claims, pursuant to 28 U.S.C. § 1659, filed by Defendants. ECF No. 18.  For good cause shown, the Motion to Stay is **GRANTED**.  It is hereby **ORDERED** that this action is hereby stayed until the final determination of the U.S. International Trade Commission in *In the Matter of Certain Automated Storage and Retrieval Systems, Robots, and Components Thereof*, Inv. No. 337-TA-1228.  The parties are **FURTHER ORDERED** to provide the Court a joint report on the status of the proceedings before the U.S. International Trade Commission every 180 days, from the date of this order, until proceedings are concluded.

The Clerk is **DIRECTED** to provide a copy of this Order to counsel for the parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
November 2̸0̸, 2020

                                         Raymond A. Jackson
                                         United States District Judge