**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | | |
|---|---|---|
| AUTOSTORE TECHNOLOGY AS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:20-cv-00494-RCY-LRL |
| OCADO GROUP PLC, OCADO CENTRAL | ) | |
| SERVICES LTD., OCADO INNOVATION | ) | |
| LTD., OCADO OPERATING LTD., OCADO | ) | |
| SOLUTIONS LTD., and OCADO | ) | |
| SOLUTIONS USA INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING RELATED ACTION**

Defendants Ocado Group plc, Ocado Solutions Ltd., and Ocado Solutions USA Inc. ("Ocado") hereby give notice that they have filed a related action against Plaintiff AutoStore Technology AS, and two additional parties, AutoStore AS and AutoStore System Inc., Case No. 2:21-cv-00068, in which they asserted (i) antitrust claims under Section 2 of the Sherman Act for monopolization and attempted monopolization, and (ii) a tortious interference claim under Virginia law (the "Related Action"). A copy of the Complaint (without exhibits) filed by Ocado in the Related Action is attached as **Exhibit 1** for the Court's convenience.

Ocado submits this Notice in the interest of full disclosure to the Court and the interested parties. Ocado believes that the Related Action, which presents numerous claims and issues entirely independent of this stayed patent infringement case, should proceed during the pendency of the stay of this matter.

Dated:  February 2, 2021

Respectfully submitted,

By:  */s/ Robert M. Tata*
Robert M. Tata (VSB No. 30101)
**HUNTON ANDREWS KURTH LLP**
500 E. Main Street, Suite 1301
Norfolk, VA  23510
Tel:  (757) 640-5328
Facsimile:  (757) 625-7720
Email:  btata@HuntonAK.com

*Counsel for Defendants Ocado Group plc,*
*Ocado Central Services Ltd., Ocado*
*Innovation Ltd., Ocado Operating Ltd., Ocado*
*Solutions Ltd., and Ocado Solutions USA Inc.*

Garrard R. Beeney
Dustin F. Guzior
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
Facsimile:  (212) 558-3588
Email:  SC-Ocado@sullcrom.com

*Of Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of the same to all counsel of record:

Stephen E. Noona (VSB No. 25367)
**Kaufman & Canoles, P.C.**
150 W Main St, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
Email:  senoona@kaufcan.com

Gregg LoCascio, P.C. (VSB No. 38908)
Paul F. Brinkman, P.C. (VSB No. 35950)
Karthik Ravishankar (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
Email:  glocascio@kirkland.com
Email:  paul.brinkman@kirkland.com
Email:  karthik.ravishankar@kirkland.com

Joseph A. Loy, P.C. (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  jloy@kirkland.com

*Attorneys for Plaintiff,*
*AutoStore Technology AS*

/s/ Robert M. Tata
Robert M. Tata (VSB No. 30101)
**HUNTON ANDREWS KURTH LLP**
500 E. Main Street, Suite 1301
Norfolk, VA  23510
Phone:  (757) 640-5328
Facsimile:  (757) 625-7720
Email:  btata@HuntonAK.com

*Counsel for Defendants*