**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| AUTOSTORE TECHNOLOGY AS,<br><br>Plaintiff,<br><br>v.<br><br>OCADO GROUP PLC, OCADO CENTRAL SERVICES LTD., OCADO INNOVATION LTD., OCADO OPERATING LTD., OCADO SOLUTIONS, LTD., and OCADO SOLUTIONS USA INC.,<br><br>Defendants. | ) | Civil Action No. 2:20-cv-494-RCY-LRL<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

Plaintiff AutoStore Technology AS ("AutoStore") and Defendants Ocado Group PLC, Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions Ltd., and Ocado Solutions USA Inc. (collectively, "Ocado") hereby provide a joint status report regarding the parallel International Trade Commission proceeding, *Certain Automated Storage and Retrieval Systems, Robots, and Components Thereof*, Inv. No. 337-TA-1228 (U.S.I.T.C.) (the "ITC Investigation").

The parties completed fact discovery in the ITC Investigation on April 29, 2021, and opening expert reports were served on May 10, 2021. The evidentiary hearing currently is scheduled to take place August 2-6, 2021. To date, there have been no changes to the initial determination deadline (November 5, 2021) or the target date for completion of the ITC Investigation (March 7, 2022).

The parties have engaged in initial mediation efforts, but have not reached a resolution to the ITC Investigation or any parallel proceedings.

The parties stand ready to answer any question that the Court may have relating to the status of the ITC Investigation at the Court's convenience. Pursuant to the Court's order (Dkt. 20), the parties will file another joint status report on or before November 15, 2021.

Dated: May 14, 2021

Respectfully Submitted,

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
**Kaufman & Canoles, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
Email: senoona@kaufcan.com

Gregg F. LoCascio, P.C.
Virginia State Bar No. 38908
Paul F. Brinkman, P.C.
Virginia State Bar No. 35950
Karthik Ravishankar (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: glocascio@kirkland.com
Email: paul.brinkman@kirkland.com
Email: karthik.ravishankar@kirkland.com

Joseph A. Loy, P.C. (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jloy@kirkland.com

*Counsel for Plaintiff AutoStore Technology AS*

*/s/ Robert M. Tata*
Robert M. Tata
Virginia State Bar No. 30101
**Hunton Andrews Kurth LLP**
500 East Main Street, Suite 1301
Norfolk, VA 23510
Telephone: (757) 640-5328
Facsimile: (757) 625-7720
Email: btata@huntonak.com

*Counsel for Defendants Ocado Group PLC, Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions Ltd., and Ocado Solutions USA Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2021, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to the following:

Robert M. Tata (VSB No. 30101)
**Hunton Andrews Kurth LLP**
500 E. Main Street, Suite 1300
Norfolk, VA 23510
Telephone: (757) 640-5328
Facsimile: (757) 625-7720
Email: btata@HuntonAK.com

*Counsel for Defendants Ocado Group PLC; Ocado Central Services Ltd.; Ocado Innovation Ltd.; Ocado Operating Ltd.; Ocado Solutions Ltd.; Ocado Solutions USA, Inc.*

*/s/ Stephen E. Noona*
Stephen E. Noona (VSB No. 25367)
**Kaufman & Canoles, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
Email: senoona@kaufcan.com