**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| AUTOSTORE TECHNOLOGY AS,<br><br>Plaintiff,<br><br>v.<br><br>OCADO GROUP PLC, OCADO CENTRAL SERVICES LTD., OCADO INNOVATION LTD., OCADO OPERATING LTD., OCADO SOLUTIONS, LTD., and OCADO SOLUTIONS USA INC.,<br><br>Defendants. | Civil Action No. 2:20-cv-494-RCY-LRL<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

Plaintiff AutoStore Technology AS ("AutoStore") and Defendants Ocado Group PLC, Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions Ltd., and Ocado Solutions USA Inc. (collectively, "Ocado") hereby provide a joint status report regarding the parallel International Trade Commission proceeding, *Certain Automated Storage and Retrieval Systems, Robots, and Components Thereof*, Inv. No. 337-TA-1228 (U.S.I.T.C.) (the "ITC Investigation").

On December 13, 2021 former Chief Administrative Law Judge Charles Bullock issued a final initial determination finding no violation of Section 337 of the Tariff Act of 1930 with respect to any of the patents that AutoStore asserted in the ITC Investigation. On March 10, 2022, the Commission affirmed Judge Bullock's finding of no violation of Section 337 and terminated the ITC Investigation in its entirety. On April 27, 2022, AutoStore filed a petition for review of the Commission's final determination with the United States Court of Appeals for the Federal Circuit.

The parties stand ready to answer any question that the Court may have relating to the status of the ITC Investigation at the Court's convenience. Pursuant to the Court's order (Dkt. 20), the parties will file another joint status report on or before November 14, 2022.

Dated: May 12, 2022

Respectfully Submitted,

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
**Kaufman & Canoles, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
Email: senoona@kaufcan.com

Gregg F. LoCascio, P.C.
Virginia State Bar No. 38908
Paul F. Brinkman, P.C.
Virginia State Bar No. 35950
Karthik Ravishankar (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: glocascio@kirkland.com
Email: paul.brinkman@kirkland.com
Email: karthik.ravishankar@kirkland.com

Joseph A. Loy, P.C. (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jloy@kirkland.com

*Counsel for Plaintiff AutoStore Technology AS*

*/s/ Robert M. Tata*
Robert M. Tata
Virginia State Bar No. 30101
**Hunton Andrews Kurth LLP**
500 East Main Street, Suite 1301
Norfolk, VA 23510
Telephone: (757) 640-5328
Facsimile: (757) 625-7720
Email: btata@huntonak.com

*Counsel for Defendants Ocado Group PLC, Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions Ltd., and Ocado Solutions USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of the same to all counsel of record:

Stephen E. Noona (VSB No. 25367)
**Kaufman & Canoles, P.C.**
150 W Main St, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
Email: senoona@kaufcan.com

Gregg LoCascio, P.C. (VSB No. 38908)
Paul F. Brinkman, P.C. (VSB No. 35950)
Karthik Ravishankar (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: glocascio@kirkland.com
Email: paul.brinkman@kirkland.com
Email: karthik.ravishankar@kirkland.com

Joseph A. Loy, P.C. (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jloy@kirkland.com

*Counsel for Plaintiff AutoStore Technology AS*

*<u>/s/ Robert M. Tata</u>*
Robert M. Tata (VSB No. 30101)
**HUNTON ANDREWS KURTH LLP**
500 E. Main Street, Suite 1301
Norfolk, VA 23510
Phone: (757) 640-5328
Facsimile: (757) 625-7720
Email: btata@HuntonAK.com

*Counsel for Defendants Ocado Group PLC, Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions Ltd., and Ocado Solutions USA Inc.*