**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| AUTOSTORE TECHNOLOGY AS,<br><br>Plaintiff,<br><br>v.<br><br>OCADO GROUP PLC, OCADO CENTRAL SERVICES LTD., OCADO INNOVATION LTD., OCADO OPERATING LTD., OCADO SOLUTIONS, LTD., and OCADO SOLUTIONS USA INC.,<br><br>Defendants. | Civil Action No. 2:20-cv-494-EWH-LRL<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

Plaintiff AutoStore Technology AS ("AutoStore") and Defendants Ocado Group PLC, Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions Ltd., and Ocado Solutions USA Inc. (collectively, "Ocado") hereby provide a joint status report regarding the parallel International Trade Commission ("Commission") proceeding, *Certain Automated Storage and Retrieval Systems, Robots, and Components Thereof*, Inv. No. 337-TA-1228 (U.S.I.T.C.) (the "ITC Investigation").

On June 1, 2022, the United States Court of Appeals for the Federal Circuit granted Ocado's motion for leave to intervene in AutoStore's appeal of the Commission's final determination finding no violation of Section 337 of the Tariff Act of 1930 with respect to any of the patents that AutoStore asserted in the ITC Investigation (the "Appeal"). On October 4, 2022, AutoStore filed its opening brief in the Appeal. Ocado's intervenor brief and the Commission's responsive brief are due on December 15, 2022.

The parties stand ready to answer any question that the Court may have relating to the status of the ITC Investigation at the Court's convenience. Pursuant to the Court's order (Dkt. 20), the parties will file another joint status report on or before May 15, 2023.

Dated: November 9, 2022

Respectfully Submitted,

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
Email: senoona@kaufcan.com

Gregg F. LoCascio, P.C.
Virginia State Bar No. 38908
Paul F. Brinkman, P.C.
Virginia State Bar No. 35950
Karthik Ravishankar (admitted *pro hac vice*)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: glocascio@kirkland.com
Email: paul.brinkman@kirkland.com
Email: karthik.ravishankar@kirkland.com

Joseph A. Loy, P.C. (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jloy@kirkland.com

*Counsel for Plaintiff AutoStore Technology AS*

*/s/ Robert M. Tata*
Robert M. Tata
Virginia State Bar No. 30101
Hunton Andrews Kurth LLP
500 East Main Street, Suite 1301
Norfolk, VA 23510
Telephone: (757) 640-5328
Facsimile: (757) 625-7720
Email: btata@huntonak.com

*Counsel for Defendants Ocado Group PLC, Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions Ltd., and Ocado Solutions USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to the following:

Robert M. Tata (VSB No. 30101)
**Hunton Andrews Kurth LLP**
500 E. Main Street, Suite 1300
Norfolk, VA 23510
Telephone: (757) 640-5328
Facsimile: (757) 625-7720
Email: btata@HuntonAK.com

*Counsel for Defendants*
*Ocado Group PLC; Ocado Central Services Ltd.; Ocado Innovation Ltd.; Ocado Operating Ltd.; Ocado Solutions Ltd.; Ocado Solutions USA, Inc.*

*/s/ Stephen E. Noona*
Stephen E. Noona (VSB No. 25367)
**Kaufman & Canoles, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
Email: senoona@kaufcan.com