**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| AUTOSTORE TECHNOLOGY AS,　　　　　） | |
| ） | |
| Plaintiff,　　　） | |
| ） | |
| v.　　　　　） | Civil Action No. 2:20-cv-494-RCY-LRL |
| ） | |
| OCADO GROUP PLC, OCADO CENTRAL　） | |
| SERVICES LTD., OCADO INNOVATION　） | |
| LTD., OCADO OPERATING LTD., OCADO　） | **JURY TRIAL DEMANDED** |
| SOLUTIONS, LTD., and OCADO　　　） | |
| SOLUTIONS  USA INC.,　　　） | |
| ） | |
| Defendants.　　） | |
| ） | |

## NOTICE OF CHANGE OF ADDRESS

Hunton Andrews Kurth LLP, counsel for Defendants Ocado Group PLC, Ocado Central

Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions Ltd., and Ocado

Solutions USA Inc., hereby provides this Notice of Change of Address:

Robert M. Tata (VSB #30101)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Phone: (757) 640-5300
Facsimile: (804) 788-8218
btata@HuntonAK.com

Dated:  March 31, 2023　　　　　Respectfully submitted,

By:　/s/ *Robert M. Tata*　　　
　　Robert M. Tata (VSB No. 30101)
　　**HUNTON ANDREWS KURTH LLP**
　　Riverfront Plaza, East Tower
　　951 East Byrd Street
　　Richmond, VA 23219-4074
　　Phone: (757) 640-5300
　　Facsimile: (804) 788-8218
　　btata@HuntonAK.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of the same to all counsel of record:

Stephen E. Noona (VSB No. 25367)
**Kaufman & Canoles, P.C.**
150 W Main St, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
Email:  senoona@kaufcan.com

Gregg LoCascio, P.C. (VSB No. 38908)
Paul F. Brinkman, P.C. (VSB No. 35950)
Karthik Ravishankar (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
Email:  glocascio@kirkland.com
Email:  paul.brinkman@kirkland.com
Email:  karthik.ravishankar@kirkland.com

Joseph A. Loy, P.C. (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  jloy@kirkland.com

*Counsel for Plaintiff AutoStore Technology AS*

/s/ Robert M. Tata
Robert M. Tata (VSB No. 30101)
**HUNTON ANDREWS KURTH LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Phone: (757) 640-5300
Facsimile: (804) 788-8218
Email:  btata@HuntonAK.com

-2-

-3-

*Counsel for Defendants Ocado Group PLC,
Ocado Central Services Ltd., Ocado
Innovation Ltd., Ocado Operating Ltd.,
Ocado Solutions Ltd., and Ocado Solutions
USA Inc.*