**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

|  |  |  |
|---|---|---|
| AUTOSTORE TECHNOLOGY AS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 2:20-cv-494-EWH-LRL |
| OCADO GROUP PLC, OCADO CENTRAL | ) | |
| SERVICES LTD., OCADO INNOVATION | ) | |
| LTD., OCADO OPERATING LTD., OCADO | ) | **JURY TRIAL DEMANDED** |
| SOLUTIONS, LTD., and OCADO | ) | |
| SOLUTIONS USA INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiff AutoStore Technology AS ("AutoStore") and Defendants Ocado Group PLC,

Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions Ltd.,

and Ocado Solutions USA Inc. (collectively, "Ocado") hereby provide a joint status report

regarding the parallel International Trade Commission ("Commission") proceeding, *Certain*

*Automated Storage and Retrieval Systems, Robots, and Components Thereof*, Inv. No. 337-TA-

1228 (U.S.I.T.C.) (the "ITC Investigation").

On June 1, 2022, the United States Court of Appeals for the Federal Circuit granted

Ocado's motion for leave to intervene in AutoStore's appeal of the Commission's final

determination finding no violation of Section 337 of the Tariff Act of 1930 with respect to any of

the patents that AutoStore asserted in the ITC Investigation (the "Appeal"). On October 4, 2022,

AutoStore filed its opening brief in the Appeal. On December 15, 2022, Ocado filed its intervenor

brief and the Commission filed its responsive brief. On February 6, 2023, AutoStore filed its reply

brief, concluding the appellate briefing.  The parties filed their respective notices of conflicts for oral argument on March 8, 2023, and are awaiting the Court's scheduling of oral argument.

The parties stand ready to answer any question that the Court may have relating to the status of the ITC Investigation at the Court's convenience.  Pursuant to the Court's order (Dkt. 20), the parties will file another joint status report on or before November 10, 2023.

Dated: May 15, 2023

Respectfully Submitted,

  /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
Email: senoona@kaufcan.com

Gregg F. LoCascio, P.C.
Virginia State Bar No. 38908
Paul F. Brinkman, P.C.
Virginia State Bar No. 35950
Karthik Ravishankar (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: glocascio@kirkland.com
Email: paul.brinkman@kirkland.com
Email: karthik.ravishankar@kirkland.com

Joseph A. Loy, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jloy@kirkland.com

*Counsel for Plaintiff AutoStore Technology AS*

  /s/ Robert M. Tata
Robert M. Tata
Virginia State Bar No. 30101
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (757) 640-5300
Facsimile: (804) 788-8218
btata@huntonak.com

*Counsel for Defendants Ocado Group PLC, Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions Ltd., and Ocado Solutions USA Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to the following:

Robert M. Tata
Virginia State Bar No. 30101
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (757) 640-5300
Facsimile: (804) 788-8218
btata@huntonak.com

*Counsel for Defendants*
*Ocado Group PLC; Ocado Central*
*Services Ltd.; Ocado Innovation Ltd.;*
*Ocado Operating Ltd.; Ocado Solutions*
*Ltd.; Ocado Solutions USA, Inc.*

> */s/ Stephen E. Noona*
> Stephen E. Noona (VSB No. 25367)
> KAUFMAN & CANOLES, P.C.
> 150 West Main Street, Suite 2100
> Norfolk, VA  23510
> Telephone:  (757) 624-3239
> Facsimile:  (888) 360-9092
> Email:  senoona@kaufcan.com

21505620.v1

3