## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

AUTOSTORE TECHNOLOGY AS,

     *Plaintiff*,

    v.

OCADO GROUP PLC, OCADO
CENTRAL SERVICES LTD., OCADO
INNOVATION LTD., OCADO
OPERATING LTD., OCADO
SOLUTIONS, LTD., and OCADO
SOLUTIONS USA INC.,

     *Defendants*.

Case No. 2:20-cv-00494-EWH-LRL

Hon. Elizabeth W. Hanes

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO SETTLEMENT AGREEMENT

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and subject to the parties' confidential settlement agreement dated July 22, 2023, Plaintiff AutoStore Technology AS and Defendants Ocado Group Plc, Ocado Central Services Ltd., Ocado Innovation Ltd., Ocado Operating Ltd., Ocado Solutions, Ltd., and Ocado Solutions USA Inc. hereby stipulate and agree to dismiss the above-captioned action with prejudice. Each party will bear its own costs and fees in this action, including attorney's fees.

July 27, 2023

AUTOSTORE TECHNOLOGY AS

By its attorneys,

/s/Stephen E. Noona

Stephen E. Noona
KAUFMAN & CANOLES, P.C.
150 W Main St
Suite 2100
Norfolk, VA 23510
(757) 624-3239
(888) 360-9092 (fax)
senoona@kaufcan.com

Gregg F. LoCascio, P.C.
Virginia State Bar No. 38908
Paul F. Brinkman, P.C.
Virginia State Bar No. 35950
Karthik Ravishankar (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 389-5000
glocascio@kirkland.com
paul.brinkman@kirkland.com
karthik.ravishankar@kirkland.com

Joseph A. Loy, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel. (212) 446-4800
jloy@kirkland.com

Counsel for Plaintiff
*AutoStore Technology AS*

Respectfully submitted,

OCADO GROUP PLC, OCADO CENTRAL
SERVICES LTD., OCADO INNOVATION
LTD., OCADO OPERATING LTD., OCADO
SOLUTIONS LTD., AND OCADO
SOLUTIONS USA INC.

By their attorneys,

/s/Robert M. Tata

Robert M. Tata
Virginia State Bar No. 30101
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (757) 640-5300
Facsimile: (804) 788-8218
btata@huntonak.com

Counsel for Defendants
*Ocado Group Plc, Ocado Central Services Ltd.,
Ocado Innovation Ltd., Ocado Operating Ltd.,
Ocado Solutions Ltd., and Ocado Solutions
USA Inc.*

2