# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

AUTOSTORE TECHNOLOGY AS,

      Plaintiff,

      v.                                   Civil Action No. 2:20cv494 (EWH)

OCADO GROUP PLC, OCADO
CENTRAL SERVICES LTD., OCADO
INNOVATION LTD., OCADO
OPERATING LTD., OCADO
SOLUTIONS, LTD, and OCADO
SOLUTIONS USA INC.,

      Defendants.

## FINAL ORDER

On July 27, 2023, the parties filed a stipulation of dismissal with prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 28. The Court acknowledges this

voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                         /s/

                                    Elizabeth W. Hanes
                                    United States District Judge

Norfolk, Virginia
Date: July 28, 2023